

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Vinay D. Patel
212.583.2692 direct
212.583.9600 main
vpatel@littler.com

January 12, 2023

**VIA ECF**

Hon. Ronnie Abrams, United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Vargas v. Montefiore Medical Center*, Case No. 22-cv-07721-RA

Dear Judge Abrams:

Defendant Montefiore Medical Center writes pursuant to Your Honor's Individual Rules and Practices 1.D to request that the Court defer the initial pretrial conference and submission of a joint letter and proposed case management plan until after the conclusion of mediation in this matter.

Per the Court's November 29, 2022, Order, the initial pretrial conference is currently scheduled for January 20, 2023, and the parties are to file a joint letter and proposed case management plan by January 13, 2023. ECF No. 16. On January 4, 2023, this matter was referred to the Southern District of New York's Mediation Program. ECF No. 21. The parties intend to engage in good faith mediation to attempt to resolve this dispute.

The Court previously granted two requests for postponement of the initial pretrial conference and submission of the joint letter and proposed case management plan, which were filed by Plaintiff on November 11 and November 28, 2022. ECF No. 6, 14–16. Plaintiff consents to this request. Thank you for your consideration.

Sincerely,

*/s/ Vinay D. Patel*

Vinay D. Patel

Application granted.  The telephonic initial pretrial conference is hereby adjourned.  The parties shall file a status letter regarding mediation efforts no later than February 15, 2023.

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
1/13/2023

littler.com